1 | **JENNER & BLOCK LLP**
Brian Hauck (Cal. Bar No. 303058)
bhauck@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199

Attorneys for Defendant Juan Perez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY MAHAN,<br><br>                                Plaintiff,<br><br>        v.<br><br>JUAN PEREZ, et al.<br><br>                                Defendant. | Case No. 3:16-cv-02024-JST<br><br>The Hon. Jon S. Tigar<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: November 3, 2016<br>Time:              2:00 pm.<br>Courtroom:    9 (19th Floor)<br><br>Current Due Date: October 10, 2016<br>New Due Date:  October 14, 2016 |

## **STIPULATION**

WHEREAS:

(1) Defendant Juan Perez filed a Motion to Dismiss on September 12, 2016, Plaintiff Chauncey Mahan filed his Opposition on October 3, 2016, and Mr. Perez's reply brief is currently due on October 10, 2016;

(2) On October 6, 2016, Mr. Perez's counsel learned that the primary associate on this matter had a medical emergency that rendered him unable to work on this matter, or any other matter, for an indeterminate amount of time;

(3) After learning of this medical emergency, Mr. Perez's counsel immediately contacted Mr. Mahan and asked for an extension of time of four days, from October 10, 2016 until October 14, 2016, to file his reply brief;

(4) Mr. Mahan agreed to Mr. Perez's requested extension;

(5) The agreed-upon extension will not have any effect on the scheduling of the hearing on the motion, which is scheduled for November 3, 2016;

NOW, THEREFORE, IT IS STIPULATED AND AGREED that Defendant Juan Perez's Reply in support of his Motion to Dismiss shall be due on October 14, 2016.

(signatures on following page)

DATED: October 6, 2016    JENNER & BLOCK LLP

By:   /s/   Brian Hauck
      Brian Hauck

Pro Se Plaintiff

DATED: October 6, 2016    CHAUNCEY MAHAN

By:   /s/ Chauncey M. Mahan
      Chauncey Mahan

*Pro Se* Plaintiff

PURUSANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 6, 2016    _____
                          The Honorable Jon S. Tigar
                          United States District Judge

ATTESTATION

I, Brian Hauck, am the ECF user whose ID and password are being used to file this Stipulation to Extend Time to File Reply in Support of Motion to Dismiss. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Chauncey Mahan.